| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

COPY

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>KERN, TERENCE C | 2. Court or Organization<br><br>USDC/NDOK | 3. Date of Report<br><br>-04/26/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>333 West 4th Street, Rm 411<br>Tulsa OK 74103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Personal Representative (see Part VIII) | Estate #1 |

## II. AGREEMENTS. - (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 3 12 18 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Southern Hills Country Club | Reduced annual dues | $1,320 |
| 2. | American Board of Trial Advocates | Dues waiver (estimated) | $300 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C | 04/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Oil & Gas Leases: | | | | | | | | | |
| 2. —L Tuley, Garvin Co, OK | A | Royalty | J | W | | | | | |
| 3. —Lash, Murray Co, OK | A | Royalty | J | W | | | | | |
| 4. ----Crump, Murray Co, OK | A | Royalty | J | W | | | | | |
| 5. ---Floyd, Garvin Co, OK | B | Royalty | J | W | | | | | |
| 6. ---Gibson, Garvin Co, OK | A | Royalty | J | W | | | | | |
| 7. ----Muncrief, Garvin Co, OK | A | Royalty | J | W | | | | | |
| 8. Estate #1 | | | | | | | | | |
| 9. —Home, Edmond, OK | | None | M | T | | | | | |
| 10. ---Mineral acres, Dewey Co, OK | A | Royalty | J | W | | | | | |
| 11. —BcWk Cleveland, Logan Co, OK | A | Royalty | J | W | | | | | |
| 12. —Sparks, Major Co, OK | A | Royalty | J | W | | | | | |
| 13. —Stokely-Van Camp shares | A | Dividend | J | T | | | | | |
| 14. —Bank Acct for Estate | C | Interest | K | T | | | | | |
| 15. ----Personal Property | | None | J | W | | | | | |
| 16. Brokerage Account #3 | | | | | | | | | |
| 17. CBQ Inc. | | None | J | T | | | | | |
| 18. Xeta Tech | | None | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Pfizer Inc. | A | Dividend | J | T | | | | | |
| 20. Brokerage Account #4 | | | | | | | | | |
| 21. MSDW Inc | A | Dividend | J | T | | | | | |
| 22. Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 23. AT&T Wireless | | None | J | T | | | | | |
| 24. Cisco Systems | | None | K | T | | | | | |
| 25. JP Morgan Chase & Co | A | Dividend | | | Sell | 9/18 | J | | |
| 26. Knight Trading Group | | None | K | T | | | | | |
| 27. Nokia CP ADR | A | Dividend | J | T | | | | | |
| 28. Gemstar-TV Guide | | None | J | T | | | | | |
| 29. Prudential Financial | | None | | | Part Sell | 6/18 | J | A | |
| 30. Prudential Financial Inc | | None | | | Sell | 11/04 | J | A | |
| 31. Microsoft Corp | A | Dividend | K | T | | | | | |
| 32. Sun Microsystems Inc | | None | J | T | | | | | |
| 33. Unit Trust Sector Biotech | A | Dividend | J | T | | | | | |
| 34. Amgen Inc | | None | J | T | | | | | |
| 35. MS Charter Graham | A | Interest | K | T | Buy | 7/1 | K | | |
| 36. Brokerage Acct #7 | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. American International | A | Dividend | K | T | | | | | |
| 38. Applied Materials | | None | J | T | | | | | |
| 39. Charter Comm | | None | J | T | | | | | |
| 40. Cimarex Energy | | None | J | T | | | | | |
| 41. Dow Chemical Co | | None | J | T | | | | | |
| 42. Helmerich & Payne | A | Dividend | J | T | | | | | |
| 43. Heritage Propane | | None | J | T | | | | | |
| 44. JDS Uniphase Corp | | None | J | T | | | | | |
| 45. McData Corp | | None | | | Sell | 4/10 | J | | |
| 46. Network Appliance Inc | | None | J | T | | | | | |
| 47. Pfizer Inc. | A | Dividend | J | T | | | | | |
| 48. Altria Group Inc. | A | Dividend | J | T | | | | | Name change; see Part VIII. |
| 49. Silicon Storage | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | KERN, TERENCE C | 04/26/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part I: Positions: Personal Representative of Estate #1 as Co-Personal Representative died during this reporting period.
Part VII: Note: Assets of Brokerage Account #s 1, 2, 5, and 6 were sold last reporting period.
Part VII: Ln 48: Name changed from Philip Morris Inc. to Altria Group Inc.

Part I: Positions: Personal Representative of Estate #1 as Co-Pers Representative died during this reporting period.
Part VII: Ln 48: Name changed from Philip Morris Inc. to Altria Group, Inc.
Part VII: Note: Assets of Brokerage Accounts #1, #2, #5, and #6 were sold last reporting period and are not included in this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa[REDACTED]                              Date _April 27, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544